## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

KEVIN NEAL GLASPIE, )
        Plaintiff, )
vs. )     No. 3:17-CV-3171-B
         )
TRACY HOLMES, et al., )
        Defendants. )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claims against the judge, assistant district attorney, the three defense attorneys, the officer in his official capacity, and the complainant for perjury or lying at trial will be **DISMISSED** with prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B). His remaining claims against the officer in his individual capacity and the complainant for entrapment and false imprisonment will also be **DISMISSED** with prejudice as frivolous under § 1915(e)(2)(B) until he satisfies the conditions in *Heck v. Humphrey*, 512 U.S. 477 (1994).

SIGNED this 21st day of June , 2019.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE